[No. 45753-9-II.   Division Two.   March 10, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN JOSEPH SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 13-1-00400-6, Gordon Godfrey, J., entered December 20, 2013. *Reversed in part* and *remanded with instructions* by unpublished opinion per Johanson, C.J., concurred in by Maxa and Sutton, JJ.

[No. 46071-8-II.   Division Two.   March 10, 2015.]

MICHAELS STORES, INC., *Respondent*, v. RPAI LAKEWOOD, LLC, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-2-08196-8, Ronald E. Culpepper, J., entered March 3, 2014. *Affirmed* by unpublished opinion per Lee, J., concurred in by Maxa and Melnick, JJ.

[No. 46158-7-II.   Division Two.   March 10, 2015.]

FRED HACKER ET AL., *Respondents*, v. RICHARD FROST, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 13-2-00596-1, Carol Murphy, J., entered April 18, 2014. *Affirmed* by unpublished opinion per Johanson, C.J., concurred in by Maxa and Sutton, JJ.

[No. 46277-0-II.   Division Two.   March 10, 2015.]

*In the Matter of the Personal Restraint of* HECTOR C. ORTIZ III, *Petitioner*.

Petition for relief from personal restraint. *Granted* and *remanded with instructions* by unpublished opinion per Johanson, C.J., concurred in by Bjorgen and Sutton, JJ.